FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 1 2 2011

JAMES N. HATTEN, CLERK
By:                    Deputy Clerk
J. Brannon

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IRIS GERALDINE CARR AND RONNIE CARLETON CARR, | ) ) ) | |
| | ) | CIVIL ACTION NO. |
| Plaintiffs, | ) ) | 1:11-cv-02217-TWT |
| v. | ) ) | |
| ETHICON, INC.; AMERICAN MEDICAL SYSTEMS, INC.; BOSTON SCIENTIFIC, LLC; STEPHANIE H. GORDON, M.D.; THE WOMEN'S CENTER, P.A.; ALLEN ASHLEY FUTRAL, III, M.D.; GEORGIA UROLOGY, P.A.; LIFEPOINT HOSPITALS, INC.; LIFEPOINT HOSPITALS, INC., D/B/A ROCKDALE MEDICAL CENTER; AND JOHN DOE(S), | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PLAINTIFFS' SUPPLEMENTAL EXPERT AFFIDAVIT |
| Defendants. | ) | |

Pursuant to O.C.G.A. § 9-11-9.1(e), Plaintiffs file the expert affidavit as a

supplement to the expert affidavit filed with Plaintiffs' Original Complaint.

Mark R. Mueller
Georgia Bar No. 100108
Attorneys for Plaintiffs
MUELLER LAW
404 West 7th Street
Austin, Texas 78701
Tel:(512)478-11236
Fax:(512)478-1473

## Font Certification

Pursuant to Local Rule 7.1 D, I hereby certify that the foregoing document was prepared using Times New Roman 14 point type as provided in Local Rule5.1B.

Mark R. Mueller

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011a copy of the foregoing pleading has

been served upon counsel for all parties to this proceeding by mailing a copy of the

same by First Class United States mail, properly addressed and postage prepaid:

Lori G. Cohen
R. Scott Campbell
GREENBERG TRAURIG, LLP
The Forum
3290 Northside Parkway
Suite 400
Atlanta, GA 30327

Jonathan T. Krawcheck
Brannon J. Arnold
WEINBERG WHEELER HUDGINS GUNN
&
DIAL
3344 Peachtree Road, NE
Suite 2400
Atlanta, GA 30326
*Counsel for Boston Scientific, LLC*

Lisa York Bowman
GIDEON COOPER & ESSARY, PLC
400 Perimeter Center Terrace, Suite 900
Atlanta GA 30346
*Counsel for Lifepoint Hospitals, Inc. and
Lifepoint Hospitals, Inc. d/b/a Rockdale
Medical Center*

Hunter S. Allen, Jr.
ALLEN MCCAIN & O'MAHONY PC
Two Midtown Plaza
Suite 1700
1349 W. Peachtree St., N.W.
Atlanta, GA 30309
*Counsel for Georgia Urology, P.A. and
Allen Ashley Futral, III, M.D.*

Stephanie H. Gordon, M.D.
2570 Owens Drive
Suite A
Conyers, GA 30094
*No Counsel of Record*
The Women's Center, P.A.
2570 Owens Drive
Suite A
Conyers, GA 30094
*No Counsel of Record*

Mark R. Mueller
Georgia Bar No. 100108

## Margaret M. Thompson MD JD

101 Colorado Street #2208
Austin, TX 78701
512-695-1708
drmargaretthompson.com

TO: Mark Mueller, Esq.
FROM: Margaret M. Thompson, MD JD
DATE: April 2, 2011
RE: Medical Care provided to Iris Carr (D.O.B. 1/29/1949)

I am a Board-certified obstetrician-gynecologist, properly licensed in Texas and actively practiced my specialty up to March, 2008, including the 5-years prior to the incidents and omissions made the basis of Plaintiff's claim. I practiced in Austin for twenty-six years, performing more than a thousand surgeries for pelvic relaxation and stress urinary incontinence. I am familiar with the professional standards of care in treating these conditions. These standards relate to the acquisition of sufficient knowledge, the determination of the proper procedure to perform, the obtainment of informed consent, the use of appropriate surgical technique, and the management of postoperative complications.

My education, training, knowledge, experience, and skill qualify me to render a relevant and reliable expert medical opinion in this case. My Curriculum Vitae which is attached to this report and incorporated herein as if set forth in its entirety.

I have reviewed the available medical records for Ms. Carr. On 9/17/2008, she underwent a Pinnacle anterior repair and a TVT Secure sling to treat a cystocele and stress urinary incontinence. This surgery was performed at Rockdale Medical Center by Dr. Stephanie Gordon.

Following this operation, the patient noted worsening of her incontinence, abdominal pain, and symptoms of interstitial cystitis. Dr. Gordon discovered erosion of the mesh into the vagina and attempted to trim the mesh flush with the vagina in her office at The Women's Center. A rectocele was first described on 11/06/2008.

Ms. Carr became frustrated with her care and changed physicians. Dr. Allen Futrall performed a subsequent surgery on 4/13/2009 at Rockdale Medical Center. At this time, the operation consisted of excision of the vaginal mesh and revision of the cystocele repair, a rectocele repair (using Prolift and Spark)), and a redo of the pubovaginal sling.

Breaches of the standard of care by Dr. Gordon, Dr. Futral, The Women's Center P.A., Georgia Urology P.A., and Rockdale Medical Center include, but are not limited to, the following:

1. Failure to have knowledge of the risks associated with the use of mesh in the vagina.
2. Failure to obtain proper informed consent.
3. Failure to select the proper procedure.
4. Failure to properly manage postoperative complications.

All opinions in this report are based on a reasonable degree of medical certainty. I reserve the right to supplement or modify this report as more information becomes available.

Respectfully submitted,

*Margaret M. Thompson*

Margaret M. Thompson MD

State of Texas

County of Travis

SWORN TO and SUBSCRIBED before me by the Affiant, Margaret Thompson, M.D., on July 7, 2011.

Notary Public, State of Texas
My Commission Expires 11/16/2014

MICHAEL B KENTOR
NOTARY PUBLIC
State of Texas
Comm. Exp. 11/16/2014